Case No. 13-14178-BB

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

VENTURA CONTENT, LTD.,
Plaintiff-Appellant

v.

UGC INTERNET VENTURES LTD., ET AL.,
Defendants-Appellees

On Appeal from the United States District Court
for the Northern District of Georgia (Case No. 1:12-CV-02856-TCB)

## APPELLANT'S UNCONTESTED MOTION TO DISMISS
## APPEAL WITH PREJUDICE

Ronan P. Doherty
Georgia Bar No. 224885
Randi E. Schnell
Georgia Bar No. 224885
**BONDURANT MIXSON & ELMORE, LLP**
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309-3417
(404) 881-4100

Gianni P. Servodidio (*pro hac vice*)
**JENNER & BLOCK LLP**
919 Third Avenue; 37th Floor
New York, NY 10022-3908
(212) 891-1600

*Counsel for Appellant-Plaintiff*

DC01\ArevM\521835.2

Case No. 13-14178-BB
*Ventura Content, Ltd. v. UGC Internet Ventures Ltd., et al.*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

The following trial judges, attorneys, persons, associations of persons, firms, partnerships, and corporations are known to have an interest in the outcome of this case or appeal:

- Automatic Payment Processing, LLC
- Batten, Timothy C. Sr., United States District Court Judge
- Bondurant Mixson & Elmore, LLP, counsel for Appellant
- Calvaruso, Andrea L., counsel for Appellee
- Coolvision LTD.
- Costello, David
- Denali Holdings, LLC
- Doherty, Ronan P., counsel for Appellant
- Fogel, Noam
- Gunnemann, Joshua P., counsel for Appellee
- Haliborne Investments, LTD.
- Hamburger, Judith
- IML Holdings, LTD.
- Jenner & Block LLP, counsel for Appellant
- Kelley Drye & Warren, counsel for Appellee
- Kijel, Yuval

Case No. 13-14178-BB
*Ventura Content, Ltd. v. UGC Internet Ventures Ltd., et al.*

- Marciano, Taraneh J., counsel for Appellee
- Mavrokefalos, Stephanos
- McKinney, Phillip S., counsel for Appellee
- Schnell, Randi E., counsel for Appellant
- Servodidio, Gianni P., counsel for Appellant
- Sinkfield, Richard H., counsel for Appellee
- Sobonito Investments, LTD.
- Stein, Alison I., counsel for Plaintiff
- Tekco Management Group, LLC
- UGC Internet Ventures Ltd., Appellee
- Ventura Content, Ltd., Appellant
- Vivas, Allison

## APPELLANT'S UNCONTESTED MOTION TO DISMISS APPEAL WITH PREJUDICE

The parties have executed a confidential settlement agreement and agreed to the dismissal of this appeal with prejudice with each party to bear their own costs and fees. Accordingly, pursuant to Federal Rule of Appellate Procedure 42(b) and 11th Cir. R. 42-1(a) and with the consent of Appellees UGC Internet Ventures, Ltd. and Sobonito Investments, Ltd., Appellant Ventura Content, Ltd. hereby moves the Court to dismiss this appeal with prejudice, with each party to bear their own costs and fees.

CONSENTED TO this 12th day of November, 2013.

Gianni P. Servodidio (*pro hac vice*)
email: gservodidio@jenner.com
JENNER & BLOCK LLP
919 Third Avenue; 37th Floor
New York, NY 10022-3908
Telephone: (212) 891-1600
Facsimile: (212) 891-1699

/s/ Ronan P. Doherty
Ronan P. Doherty
Georgia Bar No. 224885
email: doherty@bmelaw.com
Randi Engel Schnell
Georgia Bar No. 248592
email: schnell@bmelaw.com
BONDURANT MIXSON & ELMORE LLP
3900 One Atlantic Center
1201 W. Peachtree Street, N.W.
Atlanta, Georgia 30309
Telephone (404) 881-4100
Facsimile (404) 881-4111

*Attorneys for Ventura Content, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the within and foregoing **APPELLANT'S UNCONTESTED MOTION TO DISMISS APPEAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

>Phillip S. McKinney
>Richard H. Sinkfield
>Joshua P. Gunnemann
>ROGERS & HARDIN LLP
>229 Peachtree Street NE
>2700 International Tower
>Atlanta, GA 30303
>
>Andrea L. Calvaruso
>Taraneh J. Marciano
>Kelley Drye & Warren
>101 Park Avenue
>New York, NY 10178

This 12th day of November, 2013.

>/s/ Ronan P. Doherty
>Ronan P. Doherty
>Georgia Bar No. 224885